# Court of Appeals
# of the State of Georgia

ATLANTA, __October 31, 2025__

*The Court of Appeals hereby passes the following order:*

## A26A0695. MD HOSSAIN, JA SHOP, INC. v. JUPITER DEVELOPMENT, INC.

On April 2, 2025, the defendants in this dispossessory action filed the instant appeal of the trial court's March 13, 2025 order granting summary judgment to the plaintiff. The plaintiff has filed a motion to dismiss the appeal, arguing that it is untimely. We agree.

Appeals in dispossessory actions must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56(b)(1); *Stubbs v. Local Homes, LLC*, 375 Ga. App. 513, 516–17 (915 SE2d 91) (2025); *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335–36 (715 SE2d 752) (2011). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). The instant appeal is untimely because it was filed 20 days after the trial court's order. Thus, the motion to dismiss is hereby GRANTED, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* __10/31/2025__

   I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

   Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*